IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI WILLIAMS DUMAS,         ) | 1:12-cv-00382-AWI-SKO |
|                                                       ) | |
| Plaintiff,               ) | ORDER VACATING HEARING |
|                                                       ) | DATE OF MAY 7, 2012 AND |
| v.                                           ) | TAKING MATTER UNDER |
|                                                       ) | SUBMISSION |
| SAXON MORTGAGE SERVICES, INC.; ) | |
| OLD REPUBLIC TITLE CO.;         ) | |
| and DOES 1-50,                            ) | |
|                                                       ) | |
| Defendants.          ) | |
|                                                       ) | |

Defendant Saxon Mortgage Services, Inc., has filed a motion to dismiss the complaint of plaintiff Kristi Williams Dumas pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). The previously scheduled hearing date of May 7, 2012 is hereby VACATED, and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 1, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE