1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

8

**EASTERN DISTRICT OF CALIFORNIA**

9
10

| | | |
|---|---|---|
| KRISTI WILLIAMS DUMAS, | ) | 1:12-cv-00382-AWI-SKO |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE RE: |
| | ) | DISMISSAL OF ACTION |
| v. | ) | |
| | ) | |
| SAXON MORTGAGE SERVICES, INC.; | ) | |
| OLD REPUBLIC TITLE CO.; | ) | |
| and DOES 1-50, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

11
12
13
14
15
16
17

18  The Court refers the parties to the order issued May 16, 2012 for a chronology of the proceedings.

19  *Dumas v. Saxon Mortgage Services, Inc.,* slip copy, 2012 WL 1801694 (E.D.Cal. 2012).  On October

20  27, 2011, plaintiff Kristi Williams Dumas ( "Plaintiff") filed her complaint in Kern County Superior

21  Court against defendants Saxon Mortgage Services, Inc., Old Republic Title Co. and Does 1 to 50,

22  asserting seven causes of action for violation of the California Civil Code, violation of the Truth in

23  Lending Act, fraud, breach of fiduciary duty, nuisance, negligence and preliminary and permanent

24  injunction of foreclosure proceedings.  On March 12, 2012, defendant Saxon Mortgage Services, Inc.

25  ("Saxon") removed the action to this Court pursuant to 28 U.S.C. § 1441(b).

26      On March 19, 2012, Saxon filed a motion to dismiss the complaint in its entirety pursuant

27  to Federal Rule of Civil Procedure 12(b)(6).  Plaintiff did not file a written opposition to Saxon's

28  motion to dismiss.  On May 16, 2012, the Court granted the motion to dismiss and directed Plaintiff

1    to file an amended complaint within thirty days of entry of the order.  *Dumas, supra,* 2012 WL

2    1801694 at *5.  No amended complaint was filed within the time allotted.

3           "If the plaintiff fails to . . . comply with . . . a court order, a defendant may move to dismiss

4    the action or any claim against it."  Fed. R. Civ. P. 41(b); *see Ferdik v. Bonzelet,* 963 F.2d 1258,

5    1260-61 (9th Cir. 1992) (listing factors for court to consider in determining whether to dismiss a case

6    for failure to comply with a court order).  Where a plaintiff has failed to comply with a court's

7    orders, the court may also dismiss an action pursuant to Rule 41(b) *sua sponte*.  *Hells Canyon*

8    *Preservation Council v. United States Forest Service,* 403 F.3d 683, 689 (9th Cir. 2005).

9           Accordingly, Plaintiff is ORDERED to show cause in writing by 4:00 p.m. on Thursday, June

10   28, 2012, why no amended complaint has been filed and why this action should not be dismissed for

11   failure to comply with the Court's May 16, 2012 order.  Failure to show cause or otherwise respond

12   to this order shall result in a dismissal of the action with prejudice as against Saxon.  (Because

13   defendant Old Republic Title Co. did not file a substantive motion to dismiss and was not a party

14   to Saxon's Rule 12 motion, the complaint remains operative against it.  Old Republic Title Co. may

15   file a motion to dismiss the complaint as against it if it desires.)

16   IT IS SO ORDERED.

17
     Dated:    June 18, 2012

18                                              CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28                                                  2